JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN BELL,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>CITY OF REDONDO BEACH, JOY ABAQUIN FORD, IN HER OFFICIAL CAPACITY AS CITY ATTORNEY, AND DOES 1 THROUGH 10,<br><br>　　　　　　Defendants. | Case No. 2:25-cv-03985-MCS-SSC<br><br>**JUDGMENT** |

1

Pursuant to the Court's Order Dismissing First Amended Complaint and Denying Pending Requests, it is ordered, adjudged, and decreed that this case is dismissed with prejudice. Plaintiff shall take nothing from this action.

**IT IS SO ORDERED.**

Dated: May 21, 2025

_____
MARK C. SCARSI
UNITED STATES DISTRICT JUDGE